UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  2:24-cv-10395-MAA                                                                  Date:  July 31, 2025

Title:    Lamar Myers v. Eudoro Valencia Lopez, et al.

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

The docket in this case lacks filings to show that it is being timely prosecuted. Plaintiff is therefore **ORDERED TO SHOW CAUSE** why the action should not be dismissed without prejudice for lack of prosecution. Plaintiff must file a written response to this Order to Show Cause within 14 days.

As an alternative to a written response, Plaintiff may discharge this Order to Show Cause by filing one of the following:

- Motion for Default Judgment;
- Notice of Settlement; or
- Request for Voluntary Dismissal.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.